Elmer Wiebrock, Plaintiff-Appellant, v. Truman J. Koehler, Defendant-Appellee.

Gen. No. 64–45.

Third District.

May 12, 1965.

Donald G. Adams, and Pollock & Ennis, both of Quincy, for appellant; Leon L. Lamet, of Warsaw, for appellee. Opinion by JUSTICE STOUDER. **Not to be published in full.**